In the Matter of Edwin M. Simpson, an Attorney.— Reference ordered to Bernard S. Deutsch, Esq. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Ezra Gottlieb, an Attorney.— Reference ordered to Hon. Jacob Marks, official referee. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Nannie Glover Kaufman, Respondent, v. Empire Trust Company, Appellant, and The Adams Express Company and The Chase National Bank of The City of New York, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Rosalinda Morini, Appellant, v. Otto H. Kahn, Respondent.— Order reversed, with ten dollars costs and disbursements to appellant, and motion to vacate denied as to all items except 15 and 17 of the notice of examination. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Rosalinda Morini, Appellant, v. Otto H. Kahn, Respondent.— Order modified as indicated in order, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Anna Block, Respondent, v. Robert Thompson, Defendant, Impleaded with Norman Taxi Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Jacob Lobel, Respondent, v. Neuburger Bros., Inc., Appellant, Impleaded with Others, Defendants.— Determination affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Isidor Hirschen, Deceased.— Decree and order affirmed, with costs to respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Lois Weatherbee, Respondent, v. Claude S. Newman and Others, Appellants. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Albert Tilt Co., Inc., Respondent, to Confirm Award in Arbitration Proceedings between Albert Tilt Co., Inc., and Westerhoff Brothers Co., Inc., of Denver, Pennsylvania, etc., Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Ida E. Hollander, Respondent, v. Harry Hollander, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, J.

The People of the State of New York, Respondent, v. Joseph Reynolds, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The Shawmut Corporation of Boston, Respondent, v. William H. Bobrick Sales Corporation, Respondent, Impleaded with The Bank of United States, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Savings Investment and Trust Company (as amended), as Substituted Trustee, etc., Appellant, v. Fidelity and Deposit Company of Maryland and Maryland Casualty Company, Respondents, Impleaded with Another,